# MINUTE ORDER

CASE NUMBER:  CIVIL NO. 19-00263 LEK-KJM

CASE NAME:  Raymond K. Silva vs. Equifax, Inc.

JUDGE:  Leslie E. Kobayashi    DATE:  12/9/2019

COURT ACTION: EO: COURT ORDER IMPOSING STAY

On November 29, 2019, Defendant Equifax, Inc., ("Defendant") filed its Motion for Immediate Stay, or in the Alternative, for an Extension of time to Respond to Complaint ("Motion"). [Dkt. no. 23.] Based on the representations in the Motion, this Court HEREBY STAYS all of pro se Plaintiff Raymond Silva's ("Plaintiff") claims against Defendant. The Court emphasizes that the stay neither affects nor changes the filing date of this litigation in terms of the statute of limitations or for any other purpose.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager